# EXHIBIT B

# U.S. Patent No. US 8,617,160 v. Smith & Nephew

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [17.P] A device for the implantation into compromised osseous material comprising: | Smith & Nephew ("Company") makes, uses, sells, and/or offers to sell a device for the implantation into compromised osseous material.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Microraptor Knotless Suture Anchor, a medical implant used in orthopedic surgery for arthroscopic repair of various soft tissue structures and bones ("device for the implantation into compromised osseous material").<br><br>Source: https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#overview |

2



Source: https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#productfeatures, (annotated)

3



The MICRORAPTOR° Knotless Suture Anchor gives surgeons increased access to previously difficult areas with:

- Improved off-axis insertion performance**[1]

- Full-length inserter

- Rigid implant design

Source: https://smith-nephew-delivery.stylelabs.cloud/api/public/content/50a1920170244a4c92ac1696de72c02b?v=76a5734c&download=true





Source: https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#surgicaltechniques

4



Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1 (annotated)

5

| | |
|---|---|
| |   Source: https://smith-nephew-delivery.stylelabs.cloud/api/public/content/50a1920170244a4c92ac1696de72c02b?v=76a5734c&download=true |
| [17.1] an elongated tubular body wherein the elongated tubular body contains; a) a mobile elongated rod; b) an anchoring element attached to the elongated | Company provides a device, comprising: an elongated tubular body wherein the elongated tubular body contains; a) a mobile elongated rod; b) an anchoring element attached to the elongated tubular body c) a driver attached to the elongated rod.  This element is infringed literally, or in the alternative, under the doctrine of equivalents.  For example, the Microraptor Knotless suture anchor comprises a rod-shaped body ("elongated tubular body") that further comprises a mobile rod. Further, the body is inserted into the bone for inserting an anchor, which is attached to the tip of the device ("anchoring element attached to the elongated tubular body). Furthermore, the device includes a knob which is rotated clockwise to insert the anchor inside the bone. Since, upon rotating the knob, the anchor is pushed inside the bone, upon information and belief, there is a driver that is further attached to the mobile rod which rotates along with the knob. |

6

| | |
|---|---|
| tubular body; and<br>c) a driver attached to the elongated rod wherein | <br>Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1 (annotated) |

7



Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1 (annotated)

8

| | |
|---|---|
| | 

Source: https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#surgicaltechniques, at 2:15 (annotated) |
| [17.2] i) the driver moves within the elongated tubular body and engages the anchoring element causing the anchoring element to extend out of | Company provides a device wherein i) the driver moves within the elongated tubular body and engages the anchoring element causing the anchoring element to extend out of the elongated tubular body to engage the surrounding material.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, when the knob is rotated clockwise, the anchor exits the tubular body ("the anchoring element extends out of the elongated tubular body") and is deployed into the bone ("engaging the surrounding material"). Since the deployment of the anchor occurs with the rotation of the knob, upon information and belief, the mobile rod and the driver, rotate inside the device to facilitate the deployment of the anchor. |

9

| | |
|---|---|
| the elongated tubular body to engage the surrounding material; and | <br><br>Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1 (annotated) |



Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1 (annotated)

| | |
|---|---|
| [17.3] ii) the driver remains engaged with the anchoring element holding the anchoring element in position until the driver is | Company provides a device wherein ii) the driver remains engaged with the anchoring element holding the anchoring element in position until the driver is moved a second time.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the anchor is deployed into the bone, the anchor inserter, including the driver, stays affixed with the anchor inside the body until the anchor is secured in place ("the driver remains engaged with the anchoring element holding the anchoring element in position"). Subsequently, the anchor inserter device is pulled ("the driver is moved a second time") to disengage the anchor inserter from the body, while leaving the anchor securely placed inside the bone. |

| | |
|---|---|
| moved a second time. |   the driver remains engaged with the anchoring element.<br><br>Source: https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#surgicaltechniques, at 2:16 (annotated) |



Source: https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, Page 1

## 2. List of References

1. https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#overview, last accessed on 19 February 2024.
2. https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#productfeatures, last accessed on 19 February 2024.
3. https://www.smith-nephew.com/en-us/health-care-professionals/products/sports-medicine/microraptor-knotless-suture-anchor-shoulder#surgicaltechniques, last accessed on 19 February 2024.
4. https://smith-nephew.stylelabs.cloud/api/public/content/4f64600ce3fe4b6584003a5dbf89482d?v=f887af83&download=true, last accessed on 19 February 2024.