**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **DISTRIBUTION INTELLIGENCE SYSTEMS, LLC,**<br><br>　　　　Plaintiff<br><br>　　v.<br><br>**SMITH & NEPHEW, INC.,**<br><br>　　　　Defendant. | Case No. 1:24-cv-00223-RP |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Distribution Intelligence Systems, LLC, on behalf of the parties, hereby stipulates to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B) and according to the terms of an Agreement between the parties. Each Party will bear its own costs, expenses, and attorneys' fees.

Plaintiff files this Stipulated Motion on behalf of both parties as Defendant Smith & Nephew, Inc. has not yet made an appearance in this case. However, Plaintiff has conferred with Defendant's in-house counsel and Defendant agrees to the filing of this Stipulated Motion.

Dated: April 10, 2024                                    Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
   Texas Bar No. 24038912
   rgarteiser@ghiplaw.com
M. Scott Fuller
   Texas Bar No. 24036607
   sfuller@ghiplaw.com
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

René A. Vazquez, Esq.
   Virginia Bar No. 41988
   rvazquez@sinergialaw.com

**SINERGIA TECHNOLOGY LAW GROUP, PLLC**
18295 St. Georges Ct.
Leesburg, Virginia 20176
Telephone: (703) 989-2244

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel indicated its agreement with the relief requested herein.

*/s/ René A. Vazquez*
René A. Vazquez

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Wednesday, April 10, 2024.

*/s/ Randall Garteiser*
Randall Garteiser